ACCEPTED
04-15-00640-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/14/2015 10:08:49 AM
KEITH HOTTLE
CLERK

04-15-00640-CR

**CAUSE NO.** _____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/14/2015 10:08:49 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **EDUARDO REYES,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| **VS.** | § | **IN SAN ANTONIO, TEXAS** |
| | § | |
| **THE STATE OF TEXAS,** | § | **4TH JUDICIAL DISTRICT** |
| **Appellee** | | |

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

## TO THE HONORABLE JUDGES OF SAID COURT:

**COMES NOW EDUARDO REYES**, Appellant in the above styled and numbered cause, and files this Motion for Extension of Time to File Notice of Appeal, pursuant to Rule 26.3 and 10.5, Texas Rules of Appellate Procedure and in support of this Motion, Appellant would show the following:.

### I.

On September 9th 2015, in the 226th District Court and under cause number 2014-CR-0808, styled *State of Texas v. Eduardo Reyes*, the Appellant was sentenced to 35 years in prison for the charge of murder. Appellant has the legal right to appeal as indicated on the Trial Court's Certification of the Appellant's Right to Appeal. The deadline for filing a Notice of Appeal was October 9th, 2015. Accordingly, this motion to extend the time to file the notice of appeal is filed within 15 days after the deadline for filing.

## II.

In accordance with Texas Rule of Appellate Procedure Rule 26.3 the Appellant filed a notice of appeal with the trial court on October 13, 2015. Additionally, and in conjunction with this motion, the Appellant filed the required Docketing Statement on October 14, 2015.

## III.

The facts relied on to reasonably explain the need for an extension are as follows:

Undersigned counsel was appointed to represent Appellant in the trial court. Shortly after sentencing Appellant and trial counsel were able to confer regarding his appellate rights. Trial Counsel informed Appellant that he would receive another appointed attorney to represent him on his appeal. However, Appellant requested that the undersigned counsel remain on his case as appellate attorney. Appellant noted that counsel is the most familiar with his case, he is comfortable with counsel, and counsel and Appellant have established good rapport.

Appellant is indigent and unable to afford to retain counsel as the appellate attorney of his choosing. Counsel sought approval from the trial court to remain on as appointed appellate counsel. However, the trial court required a formal hearing to ensure that Appellant wished for trial counsel to remain on as appellate counsel. That hearing was unable to be conducted until October 13, 2015, due to courtroom docketing constraints, the availability of counsel, and Appellant being held at the Bexar County

Jail.  On October 13, 2015, Appellant appeared and stated his wishes on the record that undersigned counsel remain on his case as the appointed appellate attorney and the trial court accordingly approved the request.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of time for Appellant to file notice of appeal from the judgment of conviction and sentence rendered against Appellant in this case.

Respectfully submitted,

Robert F. Gebbia
Law Offices of William T. Reece, Jr.
107 Woodward Place
SAN ANTONIO, TX 78204
Tel: (210) 225-7555
Fax: (210) 226-3596

By:_____/s/_____
    Robert F. Gebbia
    State Bar No. 24054162
    lawofficewmreece@gmail.com
    Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on October 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County Efile.

_____/s/_____
Robert F. Gebbia

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 689 words.

_____/s/_____

Robert F. Gebbia

**CAUSE NO. _____**

| | | |
|---|---|---|
| **EDUARDO REYES,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| **VS.** | § | **IN SAN ANTONIO, TEXAS** |
| | § | |
| **THE STATE OF TEXAS,** | § | **4TH JUDICIAL DISTRICT** |
| **Appellee** | | |

## ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL

On this the _____ day of _____, 2015, came on to be heard Appellant's Motion for Extension of Time to File Notice of Appeal and the Court is of the opinion that this Motion should be:

GRANTED, and the deadline for filing notice of appeal in this case is extended to _____, 2015.

DENIED.

SIGNED this the _____ day of _____, 2015.

_____
JUDGE PRESIDING